THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND BRIAN RUIZ, | CASE NO. C18-1054-JCC |
| Plaintiff, | ORDER |
| v. | |
| ANTHONY ASTON, *et al.*, | |
| Defendants. | |

The Court, having reviewed the record and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, hereby ORDERS that:

(1) The Report and Recommendation (Dkt. No. 17) is ADOPTED;

(2) Defendants' motion to dismiss (Dkt. No. 12) is GRANTED;

(3) This action is DISMISSED with prejudice;

(4) The Clerk is DIRECTED to send copies of this order to the parties and to the Honorable Mary Alice Theiler.

DATED this 19th day of December 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE